UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No. 15-19193-RAM

VEDADO PHARMACY CORP.,                                    Chapter 7

    Debtor.
_____/
DREW M DILLWORTH AS CHAPTER 7
TRUSTEE,

    Plaintiff,                                        Adv. Case No.17-01192-RAM
-vs-

DOGER GROUP, INC.
(an administratively dissolved Florida Corp.), and
Julio C. Doger as Trustee of Doger Group, Inc.,
Kaila M. Carrillo

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING EVIDENCE OF REFUSAL OF CERTIFIED MAIL CONTAINING COPIES OF: (1) COMPLAINT; (2) SUMMONS; AND (3) ORDER SETTING FILING AND DISCLOSURE REQUIREMENTS FOR PRETRIAL AND TRIAL**

    Plaintiff, Drew M. Dillworth, as Trustee, hereby files this Notice of Filing Evidence of Refusal of Certified Mail Containing Copies of: (1) Complaint; (2) Summons; and (3) Order Setting Filing And Disclosure Requirements For Pretrial And Trial.

    **I HEREBY** certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

    Respectfully submitted this 26th day of June 2017.

    Plaintiff's Counsel
    19 West Flagler Street, Suite 416
    Miami, FL 33130
    Telephone: (305) 374-0200
    Facsimile: (305) 374-0250
    By:_____/s/_____
    JAMES B. MILLER
    Fla. Bar No. 0009164

Adversary: 17-01192-RAM

*Via* U.S. Mail First Class

**DOGER GROUP, INC.**
Time Sensitive Legal Matter
c/o: Julio C. Doger as President
6800 W. 16 Drive. #109
Hialeah, FL 33012

**Julio C. Doger as** *Trustee of*
**Doger Group, Inc.**
Time Sensitive Legal Matter
6800 W. 16 Drive. #109
Hialeah, FL 33012

**Kaila M. Carrillo**
Time Sensitive Legal Matter
11208 W. Sample Rd.
Coral Springs, FL 33065

*Via* **Certified Mail**

**DOGER GROUP, INC.**
Time Sensitive Legal Matter
c/o: Julio C. Doger as President
11234 SW 132nd Ct.
Miami, FL 33186
Cert. No.  7016 0600 0001 0779 1744

**Julio C. Doger as** *Trustee of*
**Doger Group, Inc.**
Time Sensitive Legal Matter
6800 W. 16 Drive. #109
Hialeah, FL 33012
Cert. No.  7016 0600 0001 0779 1812

**Kaila M. Carrillo**
Time Sensitive Legal Matter
6800 W. 16 Drive. #109
Hialeah, FL 33012
Cert. No.  7016 0600 0001 0779 1805



## IMPORTANT MESSAGE

When buying real estate property, you should not assume that property taxes will remain the same. Whenever there is a change in ownership, the assessed value of the property may reset to full market value, which could result in higher property taxes. Please use our Tax Estimator to approximate your new property taxes.

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly for additional information.

   

| Address | Owner Name | Subdivision Name | Folio |

**SEARCH:** Doger, Julio     🔍     Back to Search Results

## PROPERTY INFORMATION

**Folio:** 04-2026-049-0250

**Sub-Division:**
W & C CONDO

**Property Address**
6800 W 16 DR    UNIT: 109
Hialeah, FL 33014-4467

**Owner**
JULIO C DOGER

**Mailing Address**
6800 W 16 DR #109
HIALEAH, FL 33012

**PA Primary Zone**
4600 MULTI-FAMILY - 5 STORY &



| | |
|---|---|
| Primary Land Use | 0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL |
| Beds / Baths / Half | 2 / 1 / 0 |
| Floors | 0 |
| Living Units | 1 |
| Actual Area | |
| Living Area | 875 Sq.Ft |
| Adjusted Area | 875 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 1969 |

### Featured Online Tools

| | | |
|---|---|---|
| Comparable Sales | Glossary | Non-Ad Valorem Assessments |
| PA Additional Online Tools | Property Record Cards | Property Search Help |
| Property Taxes | Report Discrepancies | Report Homestead Fraud |
| Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | | |

## ASSESSMENT INFORMATION

2017IMPORTANT NOTICE: The assessment and exemption values currently shown are preliminary and are subject to change until they are certified on July 1.

| Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $107,707 | $73,270 | $73,270 |
| Assessed Value | $56,908 | $51,735 | $47,032 |

## TAXABLE VALUE INFORMATION

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $0 | $0 | $0 |

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70160600000107791812

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**            **Features:**
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **June 5, 2017, 4:56 pm** | **Delivered, Front Desk/Reception** | **MIAMI, FL 33130** |

Your item was delivered to the front desk or reception area at 4:56 pm on June 5, 2017 in MIAMI, FL 33130.

| | | |
| --- | --- | --- |
| May 29, 2017, 4:59 pm | Departed USPS Facility | OPA LOCKA, FL 33054 |
| May 24, 2017, 1:18 pm | Refused | HIALEAH, FL 33014 |
| May 22, 2017, 10:45 pm | Arrived at USPS Facility | OPA LOCKA, FL 33054 |

See More ∨

## Available Actions

Text Updates                                                                    ∨

Email Updates                                                                   ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

