# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:                                                                                  Case No. 15-19193-RAM

VEDADO PHARMACY CORP.,                                          Chapter 7

    Debtor.
_____/
DREW M DILLWORTH AS CHAPTER 7
TRUSTEE,

    Plaintiff,                                                                Adv. Case No.17-01192-RAM

-vs-

DOGER GROUP, INC.
(an administratively dissolved Florida Corp.), and
Julio C. Doger as Trustee of Doger Group, Inc.,
Kaila M. Carrillo

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

Comes Now, Drew M. Dillworth as Chapter 7 Trustee, and moves for entry of a clerk's default against the Defendants, DOGER GROUP, INC. (an administratively dissolved Florida Corp.), and Julio C. Doger as Trustee of Doger Group, Inc., states the following in support thereof:

1. The above-referenced Defendants were timely served via United States mail with a true and correct copy of the Complaint, Summons and Order Setting Deadlines.
2. As of the date of this Motion, the above-referenced Defendants failed to timely file a responsive pleading to the Complaint.

3. Pursuant to Rule 55 of the Federal Rules of Civil Procedure as adopted by Rule 7055 of the Bankruptcy Rules of Civil Procedure, and pursuant to Local Rule 7055, the Plaintiff hereby requests that the Clerk of the Court enter a Default, in the form attached hereto against the above-referenced Defendants, for failure to answer or otherwise plead in the above case of the date of the filing of this Motion.

I HEREBY CERTIFY that I have not received any written answer and/or pleading in the above-styled cause from any of the parties for which a Default is sought as of the date hereof.

**I HEREBY certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).**

Respectfully submitted this 26th day of June 2017.

Plaintiff's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone:  (305) 374-0200
Facsimile:  (305) 374-0250
jbm@title11law.com

By:_____/s/_____
         JAMES B. MILLER
         Fla. Bar No. 0009164

2