

**ORDERED in the Southern District of Florida on June 29, 2017.**

                                                                              _____
                                                                              **Robert A. Mark, Judge**
                                                                              **United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No. 15-19193-RAM |
| VEDADO PHARMACY CORP., | Chapter 7 |
| Debtor. _____/ | |
| DREW M DILLWORTH AS CHAPTER 7 TRUSTEE, | |
| Plaintiff, | Adv. Case No.17-01192-RAM |
| -vs- | |
| DOGER GROUP, INC. (an administratively dissolved Florida Corp.), and Julio C. Doger as Trustee of Doger Group, Inc., Kaila M. Carrillo | |
| Defendants. _____/ | |

### **FINAL JUDGMENT (AGAINST DEFENDANTS)**

In conformity with this Court's Order Granting Plaintiff's Verified Motion for

Default Final Judgment against the Defendants, DOGER GROUP, INC. (an

1

administratively dissolved Florida Corp.), and Julio C. Doger as Trustee of Doger Group, Inc., entered simultaneously herewith, the Court does

ORDER:

1. That the Final Judgment is herein entered in favor of the Plaintiff, Drew M. Dillworth as Chapter 7 Bankruptcy Trustee of the Estate of Vedado Pharmacy Corp. ["Plaintiff"] (whose last known mailing address is 2200 Museum Tower, 150 West Flagler St., Miami, FL 33130-1536), and against the Defendants, "DOGER GROUP, INC." (Whose last known mailing address is 1544 West 49 Street, Hialeah, FL 33012) and whose FEI number is 46-1138510; and, "Julio C. Doger as Trustee of Doger Group, Inc." (Whose last known mailing address is 6800 West 16 Drive, Unit 109, Hialeah, FL 33014) and whose social security number is x66-22-xxxx, jointly and severally in the sum $47,000.00 plus post-judgment interest at the statutory rate until paid in full.

2. For which sum let execution issue.

###

Submitted by:
　　JAMES B. MILLER, ESQ.


Copies to (via ecf in pdf format):
　　James B. Miller, Esq.

2